**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS T. BREWINGTON, | No. C 07-1473 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| Lt. A. MOJICA; et al., | |
| Defendants. | |

Plaintiff's request for an extension of time to file his amended complaint is GRANTED. (Docket # 7.) Plaintiff must file his amended complaint no later than **November 16, 2007**. No further extensions will be permitted.

IT IS SO ORDERED.

Dated: September 21, 2007

_____
SUSAN ILLSTON
United States District Judge