UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS T. BREWINGTON, | No. C 07-1473 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Lt. A. MOJICA; et al., | |
| Defendants. | |

On July 30, 2007, the court found that the complaint in this action did not state a claim for relief and ordered plaintiff to file an amended complaint by September 14, 2007, cautioning that the failure to file the amended complaint by the deadline would result in the dismissal of the action. The deadline for the amended complaint was later extended to November 16, 2007. Sept. 21, 2007, Order, p. 1. Plaintiff did not file an amended complaint and deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge